# EXHIBIT B













































