## NOTICE OF OSC PROCEEDING

As required by Judge Donato's order, dated October 7, 2019, the *pro hac vice* applicant Richard P. Liebowitz, Esq. respectfully refers the Court to the order of show cause proceedings captioned *In the Matter of Richard P. Liebowitz*, 3:19-mc-80228-JD.

Respectfully Submitted,

**/s/richardliebowitz/**
Richard Liebowitz, Esq.
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
rl@liebowitzlawfirm.com

*Counsel for Plaintiff*