UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERYL FINN WESTERKAMP,

        Plaintiff,

    v.

NATIONAL ASSOCIATION OF SOCIAL WORKERS,

        Defendant.

Case No.  19-cv-05423-JSW

**ORDER REVOKING *PRO HAC VICE* STATUS**

After discovering that Mr. Liebowitz had been disbarred in the Northern District of California, the Court issued an Order to Show Cause in *Kuhmstedt v. Livingly Media, Inc.*, No. 19-5858-JSW, another case in which Mr. Liebowitz is appearing, as to why the Court should not revoke its order approving his application to proceed *pro hac vice*.  Mr. Liebowitz timely submitted a response, which the Court reviewed.  In light of Mr. Liebowitz's assertions, the Court revoked his *pro hac vice* status pending Judge Donato's ruling on counsel's motion to vacate the "Order of Disbarment."  The Court explained that, if Judge Donato vacated his order, Mr. Liebowitz could reapply for admission *pro hac vice*.

Consistent with the Court's order in *Kuhmstedt v. Livingly Media, Inc.*, the Court HEREBY REVOKES Mr. Liebowitz's *pro hac vice* status in the above-captioned case.  If Judge Donato vacates his order, Mr. Liebowitz may reapply for admission *pro hac vice*.

    **IT IS SO ORDERED.**

Dated: October 29, 2019

JEFFREY S. WHITE
United States District Judge