Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff
Cheryl Finn Westerkamp

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FINN WESTERKAMP,<br><br>                    Plaintiff,<br><br>vs.<br><br>NATIONAL ASSOCIATION OF SOCIAL WORKERS,<br><br>                    Defendant. | CASE NO. 19-cv-05423-JSW<br><br>**NOTICE OF APPEARANCE OF GREGORY P. GOONAN AS COUNSEL OF RECORD ON BEHALF OF PLAINTIFF CHERYL FINN WESTERKAMP** |

---

**NOTICE OF APPEARANCE OF GREGORY P. GOONAN AS COUNSEL OF RECORD ON BEHALF OF PLAINTIFF CHERYL FINN WESTERKAMP**

1

1  TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Gregory P. Goonan of The Affinity Law Group hereby

3  makes a general appearance as counsel of record on behalf of plaintiff Cheryl Finn Westerkamp.

4  Mr. Goonan is a member of the California Bar and admitted to practice before this Court.  Counsel

5  consents to electronic service of all papers in this case.  Counsel's contact information is as follows:

>Gregory P. Goonan
>The Affinity Law Group
>5230 Carroll Canyon Road, Suite 230
>San Diego, CA  92121
>Tel:  858-412-4296
>Fax:  619-243-0088
>Email:  ggoonan@affinity-law.com

DATED: January 3, 2020				THE AFFINITY LAW GROUP

						By:  /s/ Gregory P. Goonan
						    Gregory P. Goonan
						    Attorneys for Plaintiff
						    Cheryl Finn Westerkamp

**NOTICE OF APPEARANCE OF GREGORY P. GOONAN AS COUNSEL OF RECORD
ON BEHALF OF PLAINTIFF CHERYL FINN WESTERKAMP**

2