**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LEO A. BAUTISTA, SB# 149889
  E-Mail: Leo.Bautista@lewisbrisbois.com
SHAHRZAD SHARIATI, SB# 318975
  E-Mail: Sasha.Shariati@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant NATIONAL ASSOCIATION OF SOCIAL WORKERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHERYL FINN WESTERKAMP,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL ASSOCIATION OF SOCIAL WORKERS,<br><br>    Defendant. | CASE NO. 4:19-cv-05423<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. Jeffrey S. White |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff CHERYL FINN WESTERKAMP and Defendant NATIONAL ASSOCIATION OF SOCIAL WORKERS, have reached a settlement in the above-captioned case. The parties anticipate filing a Stipulation for Dismissal with prejudice within sixty (60) days.

| | | |
|---|---|---|
| 1 | DATED: January 10, 2020 | LEO A. BAUTISTA |
| 2 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: */s/ Leo A. Bautista*
Leo A. Bautista
Shahrzad Shariati
Attorneys for Defendant NATIONAL ASSOCIATION OF SOCIAL WORKERS