1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
LEO A. BAUTISTA, SB# 149889
2     E-Mail: Leo.Bautista@lewisbrisbois.com
SHAHRZAD SHARIATI, SB# 318975
3     E-Mail: Sasha.Shariati@lewisbrisbois.com
633 West 5th Street, Suite 4000
4  Los Angeles, California 90071
Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant NATIONAL
ASSOCIATION OF SOCIAL WORKERS

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11  CHERYL FINN WESTERKAMP,            CASE NO. 4:19-cv-05423

12           Plaintiff,               **STIPULATION FOR DISMISSAL WITH PREJUDICE**

13       vs.                          The Hon. Jeffrey S. White

14  NATIONAL ASSOCIATION OF
SOCIAL WORKERS,

15           Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiff CHERYL FINN WESTERKAMP

3  ("Plaintiff"), by counsel, and defendant NATIONAL ASSOCIATION OF SOCIAL

4  WORKERS ("Defendant"), by counsel, hereby stipulate and agree that all matters

5  herein between them have been compromised and settled, and that Plaintiff's cause

6  against Defendant should be dismissed with prejudice, with each party to bear its

7  own costs and attorneys' fees.

8

9  DATED:  January 30, 2020          LEO A. BAUTISTA

10                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

11

12                                   By:  _/s/ Leo A. Bautista_____

13                                        Leo A. Bautista
                                          Shahrzad Shariati

14                                        Attorneys for Defendant NATIONAL
                                          ASSOCIATION OF SOCIAL WORKERS

15

16

17  DATED:  January 30, 2020          Gregory Peter Goonan

18

19

20                                   By:  _/s/ Gregory Peter Goonan_____

21                                        Gregory Peter Goonan
                                          Attorneys for Plaintiff CHERYL FINN

22                                        WESTERKAMP

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW