UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHERYL FINN WESTERKAMP,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL ASSOCIATION OF SOCIAL WORKERS,<br><br>　　　　Defendant. | CASE NO. 4:19-cv-05423<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>The Hon. Jeffrey S. White |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff's claims in this action are dismissed with prejudice. The parties shall each bear their own costs and attorneys' fees.

DATED:

_____
Honorable Jeffrey S. White
United States District Court, Northern District of California

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW